PROB 12C
(7/93)

Report Date: January 6, 2016

## United States District Court

for the

Eastern District of Washington

*FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON*

*JAN - 6 2016*

*SEAN F. McAVOY, CLERK
                      DEPUTY
YAKIMA, WASHINGTON*

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Cullooyah-Ford          Case Number: 0980 2:13CR00157-LRS-1

Address of Offender: ████████████████ Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 25, 2014

Original Offense:     Sale of Unlawfully Taken Wildlife (The Lacey Act), 16 U.S.C. § 3373(d)(1)(B)(2)

Original Sentence:    Probation - 36 Months          Type of Supervision: Probation

Asst. U.S. Attorney:  Timothy John Ohms              Date Supervision Commenced: February 25, 2014

Defense Attorney:     Federal Defender's Office      Date Supervision Expires: February 24, 2017

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 1, 2016, the Spokane Tribal Police Department charged the offender with second degree assault and battery, case number 16-001. The offender has been released on bond; an initial appearance was held on January 4, 2016, and the next hearing on the matter is currently scheduled for January 6, 2016. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: The alleged offense and arrest occurred on January 1, 2016. As of the writing of this report the offender has yet to contact his supervising officer to report the incident. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Cullooyah-Ford, Christopher
January 6, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/06/2016

s/ Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/6/15
Date